The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R.B. PAMPLIN CORPORATION, <br><br> Defendant, <br><br> WASHINGTON TRUST BANK, <br><br> Garnishee Defendant. | NO. 2:19-mc-00053 RSL <br><br> ORDER TO QUASH WRIT OF GARNISHMENT |

In accordance with plaintiffs' motion, it is hereby

ORDERED that the Writ of Garnishment entered on May 3, 2019 ordering Garnishee Defendant Washington Trust Bank to answer the Writ, be and hereby is quashed.

Dated this 21st day of May, 2019.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

ORDER TO QUASH WRIT OF GARNISHMENT – 1
Cause No. 2:19-mc-00053 RSL

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1000 075 ue171206




1 | Presented by:

2 | */s/  Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
3 | McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
4 | Attorneys for Plaintiffs

ORDER TO QUASH WRIT OF GARNISHMENT – 2
Cause No. 2:19-mc-00053 RSL

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1000 075 ue171206


